UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL R. PHELPS,

    Plaintiff,

v.                                                           Case No. 8:08-CV-971-T-30TGW

TRAVIS FORRISTER, et al.,

    Defendants.
_____/

## **ORDER**

This matter is before the Court *sua sponte* upon a review of the case file. On May 4, 2009, the Court entered an order directing Plaintiff to mail two photocopies of his complaint to the Clerk within twenty days of the date of the order (Dkt. 13). On May 21, 2009, Plaintiff filed a "Motion to request postponement of complaint" (hereinafter "motion") in which Plaintiff essentially requested an extension of time of 90 days within which to comply with the May 4, 2009 order, and obtain an attorney to represent him in this action (Dkt. 14). On May 29, 2009, the Court granted Plaintiff's motion and stayed this action until August 27, 2009 (Dkt. 15). To date, Plaintiff has not provided the Court with the required copies of his complaint, nor has an attorney made an appearance on Plaintiff's behalf in this action.

ACCORDINGLY, the Court **ORDERS** that **on or before September 22, 2009**, Plaintiff shall comply with the provisions of the Court's May 4, 2009 Order (See Dkt. 13),

or otherwise show cause why this cause of action should not be dismissed for failure to prosecute. See Local Rule 3.10(a).

Failure to timely comply with this order **will result in dismissal of Plaintiff's action without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on September 11, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies furnished to:
*Pro se* Plaintiff